# ZAZZALI  P.C.
### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

ANDREW F. ZAZZALI (1899-1969)

ANDREW F. ZAZZALI, JR.
ROBERT A. FAGELLA**
RICHARD A. FRIEDMAN
EDWARD H. O'HARE*
COLIN M. LYNCH**
RAYMOND M. BALDINO**
ALBERT J. LEONARDO**
SHEILA MURUGAN**
ZACHARY RAMSFELDER**
WESLEY B. FRIEDMAN****

570 BROAD STREET, SUITE 1402
NEWARK, N.J. 07102
Telephone:  (973) 623-1822
Telecopier:  (973) 623-2209

_____
150 West State Street
Trenton, New Jersey  08608
Telephone: (609) 392-8172
Telecopier: (609) 392-8933

www.zazzali-law.com

**Please Reply to Newark**

COUNSEL
KATHLEEN NAPRSTEK CERISANO
JASON E. SOKOLOWSKI
DANIEL GEDDES‡‡


OF COUNSEL
JAMES R. ZAZZALI***
PAUL A. MONTALBANO
BRADY M. CONNAUGHTON**
MATTHEW G. CONNAUGHTON**


*Also admitted Pennsylvania
**Also admitted New York
***Also admitted New York and DC
****Also admitted New York and Illinois
‡‡Workers Compensation Law Attorney

December 19, 2025

**<u>Via E-Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    **Lyons, et al. v. Horizon**
          **Docket No.: 2:21-cv-20188-CCC-AME**

Dear Judge Cecchi:

This firm is counsel to the New Jersey State Policemen's Benevolent Association ("NJSPBA"). The NJSPBA is not a party to the above matter. However, Plaintiffs Kevin Lyons, Patrick Colligan, and Marc Kovar, several of the Relators who filed the original complaint initiating this action, are former Executive Officers of the NJSPBA and were serving and acting as Officers at the time of the events and the filing of the initial Complaint and Amended Complaint in this matter.

A review of the State of New Jersey's Complaint in Intervention suggests that the initial and Amended Complaint may be predicated on information obtained by the Relators through the course of their official duties with the NJSPBA. Notably, the State's Complaint in Intervention identifies and notes their status as members of the organization. Therefore, the NJSPBA has a significant interest in viewing the Relators' Complaint and Amended Complaint that are presently under seal [ECF1 and ECF7].

Upon review of this Court's November 13, 2025 Order [ECF30], it appears that the Relators' Complaint and Amended Complaint were to remain under seal pending adjudication of a motion by Defendant Horizon Blue Cross Blue Shield to either permanently keep it sealed or to

341765
89900-000

make permanent redactions. If such a motion were to be filed, it would be the intent of the NJSPBA to intervene in the proceeding to oppose same. To date, however, the Defendant has not filed any such motion, and the time specified in the Order to do so appears to have passed. It is our understanding that since this matter has settled, and Defendant has not filed a motion to keep the Relators' Complaint and Amended Complaint under seal, this document would and/or should become public record under the existing Orders and applicable law.

Therefore, we are respectfully inquiring if this Court will unseal the Relators' Complaint and Amended Complaint. In the event these documents are to remain under seal, please advise and the NJSPBA will file the appropriate application to the Court to intervene in this matter to unseal or have access to the matters presently under seal.

Respectfully submitted,

/s/ *Colin Lynch*
Colin Lynch, Esq.

Cc:      All counsel of record (via e-filing)

341765
89900-000