

windelsmarx.com

**Antonio J. Casas**
973.966.3203
acasas@windelsmarx.com

**One Giralda Farms | Madison, NJ 07940**
**T. 973.966.3200 | F. 973.966.3250**

January 6, 2026

**VIA ELECTRONIC FILING**
Honorable Andre M. Espinosa, U.S.M.J.
United States District Court - District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** *Lyons, et al. v. Horizon Healthcare Services, Inc.*
> **Civil Action No. 2:21-cv-20188-CC-AME**

Dear Judge Espinosa:

      This firm represents defendant Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Horizon"). I write with the consent of all parties in the case, as well as non-party New Jersey State Policemen's Benevolent Association (the "NJSPBA"), to submit the attached stipulation and proposed order (identified as **Exhibit A** hereto) with regard to Horizon's pending motion to seal (ECF Doc. No. 34, the "Seal Motion") and the NJSPBA's correspondence indicating its intention to file a motion to intervene so that it can oppose the Seal Motion (ECF Doc. Nos. 31 & 35, the "Intervention Motion"). The stipulation and proposed order reset the briefing schedule for the Seal Motion, and set a briefing schedule for the Intervention Motion.

      We thank Your Honor for your attention to this matter.

Respectfully submitted,

WINDELS MARX LANE & MITTENDORF, LLP

*/s/ Antonio J. Casas*
Antonio J. Casas

cc:    Lara J. Fogel, Esq. (via e-filing and email)
        Kruti Dharia, Esq. (via e-filing and email)
        David I. Schiefelbein, Esq. (via e-filing and email)
        Colin Lynch, Esq. (via e-filing and email)