# ZAZZALI, P.C.

### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

ANDREW F. ZAZZALI (1899-1969)

ANDREW F. ZAZZALI, JR.
RICHARD A. FRIEDMAN
EDWARD H. O'HARE*
COLIN M. LYNCH**
RAYMOND M. BALDINO**
ALBERT J. LEONARDO**
SHEILA MURUGAN**
ZACHARY RAMSFELDER**
WESLEY B. FRIEDMAN****

570 BROAD STREET, SUITE 1402
NEWARK, NJ  07102
Telephone:  (973) 623-1822
Telecopier:  (973) 623-2209

_____
150 West State Street
Trenton, NJ  08608
Telephone:  (609) 392-8172
Telecopier: (609) 392-8933

www.zazzali-law.com

**Please Reply to Newark**

COUNSEL
KATHLEEN NAPRSTEK CERISANO
JASON E. SOKOLOWSKI
DANIEL GEDDES‡‡

OF COUNSEL
JAMES R. ZAZZALI***
ROBERT A. FAGELLA**
PAUL A. MONTALBANO
BRADY M. CONNAUGHTON**
MATTHEW G. CONNAUGHTON**

*Also admitted Pennsylvania
**Also admitted New York
***Also admitted New York and DC
****Also admitted New York and Illinois
‡‡Workers Compensation Law Attorney

March 3, 2026

<u>**Via Pacer**</u>
Hon. Andre M. Espinosa, U.S.M.J
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **Re:**    **<u>Lyons, et al. v. Horizon Healthcare Services, Inc.</u>**
                **<u>Case No. 21-cv-20188-CCC-AME</u>**

Dear Judge Espinosa:

      This firm is legal counsel to the New Jersey State Policemen's Benevolent Association ("State PBA"). We write to the Court with respect to Horizon's pending Motion to Seal [ECF34] and the State PBA's pending Motion to Intervene [ECF38]. On February 3, 2026, the parties submitted a consent order regarding the two motions [ECF39]. The proposed order permits the State PBA's intervention in this matter for the purpose of reviewing the Seal Motion, and provides that upon the Court's execution of the order, Horizon will provide the State PBA a copy of its Seal Motion papers, as described in that order. The order further sets forth a briefing schedule, with responses to the Seal Motion due by March 10th and Horizon's reply due by March 24th.

      As the proposed consent order remains pending before the Court for execution and Horizon has yet to provide its Seal Motion papers to the State PBA for review, the State PBA respectfully requests a modification of the briefing schedule to permit it sufficient time to review the Seal Motion papers once provided and respond to the Seal Motion. While maintaining an April 6th return date, the State PBA requests that oppositions shall instead be due on March 16th and Horizon's reply be due on March 30th. It is respectfully requested that this Court execute the

pending consent order incorporating these new dates.  Please note that this request is being made with the consent of all parties in this matter.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ *Colin M. Lynch*
Colin M. Lynch, Esq.

/s/ Sheila Murugan
Sheila Murugan, Esq.

Cc: All counsel of record (via Pacer)